# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PENNSYLVANIA INDEPENDENT OIL & GAS ASSOCIATION,

        Appellant

        v.

COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION,

        Appellee

: No. 96 MAP 2016
:
: Appeal from the Order of the
: Commonwealth Court at No. 321 MD
: 2015 dated September 1, 2016

## ORDER

**PER CURIAM**                                        **DECIDED: June 20, 2017**

    **AND NOW,** this 20th day of June, 2017, the Order of the Commonwealth Court is **AFFIRMED**.